**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RONALD BOYER and
RUBIRY M. BOYER,

Plaintiffs,

v.

CURTIS ALJETS, District Director,
INS - Bloomington Service Office;
JANE DOE, INS Examiner - Bloomington,
Service Office, and JILL SCHREINER,
INS Examiner, St. Louis, Missouri Service
Office,

Defendants.

Civil No. 00-2150 (DWF/RLE)

**ORDER OF DISMISSAL**

The Court having received and filed the Plaintiff's Motion to Voluntarily Dismiss,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice.

Dated: March 14, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed MAR 14 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________